65134-B
14-15-00163-CR
PD-0375-15

1745775
Percy Benjamin Smith
Sept 24, 2015

## Judicial - Notice

To the Honorable Judge's of said Court. On 9-7-2015 I sent to the Fourteen Court of Appeal a notice along with what was sent to me. I also sent to the Court of Criminal Appeal a sheet of Opinion that was sent to me by the Court. I asked the Court of Criminal Appeals to order either the trial court are the Fourteen Court to ask the Clerk of either court to send Petitioner a copy of the Memorandum - Opinion so Petitioner can send another P.D.R. back to the Court of Criminal Appeals once Petitioner has gotten back a copy of the Opinion.

P.S.
Petitioner will also need an extension once recieved Memorandum Opinion.

Sincerly
Percy Benjamin Smith
1745775
9-24-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015

Abel Acosta, Clerk

CC.